DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EILEEN BREITKREUTZ,**
Appellant,

v.

**BOCA VIEW CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D19-1004

[March 26, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502017CA007482XXXXMB.

Jonathan A. Yellin and Keith F. Backer of Backer Aboud Poliakoff & Foelster, LLP, Boca Raton, for appellant.

Lilliana M. Farinas-Sabogal and Robert Rubin of Becker & Poliakoff, P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***